PEOPLE v. SAMUELS et al.

(Common Pleas of New York City and County, General Term.   October 9, 1893.)

BAIL—DISCHARGE OF FORFEITED RECOGNIZANCE.
　　Where, after indictment, defendant is discharged, together with his bail in the indictment, a judgment on a forfeited recognizance for the appearance of defendant on his original examination will be vacated.

Motion to vacate and discharge a judgment against Jacob Samuels, principal, and Nathan Cohen, surety, entered on a forfeited recognizance.   Granted.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

M. B. & A. M. Maclay, for petitioner.
Delancey Nicoll, for the People.

DALY, C. J.   I think that the application should be granted. This was a surety for the appearance of a prisoner during examination.   After default, the prisoner was indicted by the grand jury, and afterwards discharged, together with his bail in the indictment.   It would seem unnecessary, therefore, to enforce the recognizance for his original examination.   All concur.